UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROADCAST MUSIC, INC.;
PROBNOBLEM MUSIC; CORAL
REEFER MUSIC;
WARNER-TAMERLANE PUBLISHING
CORP.; BEECHWOOD MUSIC
CORPORATION; SONGS OF
UNIVERSAL, INC.; ESCATAWPA
SONGS; SONY/ATV LATIN MUSIC
PUBLISHING LLC; SONY/ATV SONGS
LLC; R AND R NOMAD PUBLISHING
COMPANY, a division of R & R NOMAD
PUBLISHING CO. LLC; 4U2ASKY
ENTERTAINMENT INC.; HIP CITY
MUSIC INC.; HIFROST PUBLISHING;
THE LUMINEERS LLC;

    Plaintiffs,

  v.           CIVIL ACTION NO.:

PRIME BAR TAMPA LLC doing
business as PRIME BAR; and ROGER
GREENFIELD, individually

    Defendants.

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.  Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.  The Plaintiffs, other than BMI, are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.  Plaintiff Probnoblem Music is a sole proprietorship owned by Robert Keith McFerrin, Jr. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6.  Plaintiff Coral Reefer Music is a sole proprietorship owned by James W. Buffett. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7.  Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8.  Plaintiff Beechwood Music Corporation is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9.  Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Escatawpa Songs is a partnership owned by Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts, and Christopher Lee Henderson. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Sony/ATV Latin Music Publishing LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff R and R Nomad Publishing Company is a division of R & R Nomad Publishing Co. LLC, which is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff 4U2asky Entertainment Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Hip City Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Hifrost Publishing is a partnership owned by Hiriam Hicks and Elliot Straite. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiff The Lumineers is a division of The Lumineers LLC, which is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Defendant Prime Bar Tampa LLC is a limited liability company organized and existing under the laws of the State of Florida, which operates, maintains, and controls an establishment known as Prime Bar, located at 2001 Piazza Avenue, Suite 175, Wesley Chapel, Florida 33543, in this district (the "Establishment").

19. In connection with the operation of the Establishment, Defendant Prime Bar Tampa LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

20. Defendant Prime Bar Tampa LLC has a direct financial interest in the

Establishment.

21. Defendant Roger Greenfield is a member of Defendant Prime Bar Tampa LLC with responsibility for the operation and management of that limited liability company and the Establishment.

22. Defendant Roger Greenfield has the right and ability to supervise the activities of Defendant Prime Bar Tampa LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

23. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 22.

24. Since January 2015, BMI has reached out to Defendants over fifteen (15) times, by phone and mail, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

25. Plaintiffs allege ten (10) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

26. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein

is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight (8) lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

27. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

30. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the

musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

31. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: May 9, 2016.

        s/ Zachary D. Messa
        **Zachary D. Messa, Esquire**
        Florida Bar No. 513601
        Email: zacharym@jpfirm.com
        **JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**
        911 Chestnut Street
        Clearwater, Florida 33756

Tel. (727)461-1818 / Fax (727)462-0965
*-and-*
**Frank R. Jakes, Esquire**
Florida Bar No. 372226
Email: frankj@jpfirm.com
**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**
403 East Madison Street, Suite 400
Tampa, Florida 33601-1100
Tel. (813)225-2500 / Fax (813)223-7118
Attorneys for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Don't Worry, Be Happy |
| Line 3 | Writer(s) | Robert Keith McFerrin, Jr. |
| Line 4 | Publisher Plaintiff(s) | Robert Keith McFerrin, Jr. d/b/a Probnoblem Music |
| Line 5 | Date(s) of Registration | 1/22/88 |
| Line 6 | Registration No(s). | PAu 1-053-089 |
| Line 7 | Date(s) of Infringement | 2/27/2016 |
| Line 8 | Place of Infringement | Prime Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Margaritaville |
| Line 3 | Writer(s) | James William Buffett a/k/a Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James W. Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 2/14/77    2/22/80 |
| Line 6 | Registration No(s). | Eu 763463    PA 59-700 |
| Line 7 | Date(s) of Infringement | 02/27/2016 |
| Line 8 | Place of Infringement | Prime Bar |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | She Talks To Angels |
| Line 3 | Writer(s) | Chris Robinson; Rich Robinson |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 8/14/91 |
| Line 6 | Registration No(s). | PA 532-894 |
| Line 7 | Date(s) of Infringement | 02/27/2016 |
| Line 8 | Place of Infringement | Prime Bar |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | We Will Rock You |
| Line 3 | Writer(s) | Brian May |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 11/18/77   1/30/78   7/16/79 |
| Line 6 | Registration No(s). | Eu 846121   PA 107   PA 39-056 |
| Line 7 | Date(s) of Infringement | 12/17/2015 |
| Line 8 | Place of Infringement | Prime Bar |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | When I'm Gone |
| Line 3 | Writer(s) | Bradley Kirk Arnold; Matthew Darrick Roberts; Robert Todd Harrell; Christopher Lee Henderson |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts and Christopher Lee Henderson, a partnership d/b/a Escatawpa Songs |
| Line 5 | Date(s) of Registration | 12/04/02   3/16/01 |
| Line 6 | Registration No(s). | PA 1-120-566   Pau 2-577-919 |
| Line 7 | Date(s) of Infringement | 02/27/2016 |
| Line 8 | Place of Infringement | Prime Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Suavemente |
| Line 3 | Writer(s) | Elvis Crespo |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Latin Music Publishing LLC |
| Line 5 | Date(s) of Registration | 1/29/99 |
| Line 6 | Registration No(s). | PA 934-438 |
| Line 7 | Date(s) of Infringement | 02/27/2016 |
| Line 8 | Place of Infringement | Prime Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Wonderwall |
| Line 3 | Writer(s) | Noel Gallagher |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 11/20/95 |
| Line 6 | Registration No(s). | PA 782-736 |
| Line 7 | Date(s) of Infringement | 02/27/2016 |
| Line 8 | Place of Infringement | Prime Bar |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Ain't No Rest For The Wicked |
| Line 3 | Writer(s) | Matthew Shultz; Donald Shultz; Daniel Tichenor; Jared Champion; Lincoln Parish |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; R and R Nomad Publishing Company, a division of R & R Nomad Publishing Co. LLC; 4U2asky Entertainment Inc. |
| Line 5 | Date(s) of Registration | 9/2/08 |
| Line 6 | Registration No(s). | PA 1-608-399 |
| Line 7 | Date(s) of Infringement | 02/27/2016 |
| Line 8 | Place of Infringement | Prime Bar |

| Line 1 | Claim No. | 9 | | |
|---|---|---|---|---|
| Line 2 | Musical Composition | Poison | | |
| Line 3 | Writer(s) | Elliot T. Straite | | |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing | | |
| Line 5 | Date(s) of Registration | 8/14/89 | 3/19/90 | 6/7/90 |
| Line 6 | Registration No(s). | PAu 1-264-846 | PAu 1-410-225 | PA 475-115 |
| Line 7 | Date(s) of Infringement | 12/17/2015 | | |
| Line 8 | Place of Infringement | Prime Bar | | |

| Line 1 | Claim No. | 10 |
|---|---|---|
| Line 2 | Musical Composition | Ho Hey |
| Line 3 | Writer(s) | Jeremy Fraites a/k/a Jeremy Caleb Fraites; Wesley Schultz a/k/a Wesley Keith Schultz |
| Line 4 | Publisher Plaintiff(s) | The Lumineers, a division of The Lumineers LLC |
| Line 5 | Date(s) of Registration | 1/14/13 |
| Line 6 | Registration No(s). | PA 1-824-568 |
| Line 7 | Date(s) of Infringement | 02/27/2016 |
| Line 8 | Place of Infringement | Prime Bar |