AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| BROADCAST MUSIC, INC.; PROBNOBLEM MUSIC; CORAL REEFER MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> PRIME BAR TAMPA LLC D/B/A PRIME BAR; and ROGER GREENFIELD, individually <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 8:16 CV 1162 T 36 TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROGER GREENFIELD
           555 WATERS EDGE COURT
           NORTHBROOK, ILLINOIS 60062

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
         ZACHARY D. MESSA, ESQ.
         JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
         911 CHESTNUT STREET
         CLEARWATER, FLORIDA 33756

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   MAY 1 0 2016              _____
                       *Signature of Clerk or Deputy Clerk*